No. 112. GULF, COLORADO & SANTA FE RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* W. E. VASBINDER. In error to the Court of Civil Appeals, Fourth Supreme Judicial District, State of Texas. Argued January 2, 1918. Decided January 7, 1918. *Per Curiam.* Judgment reversed with costs upon the authority of *Adams Express Co. v. Croninger*, 226 U. S. 491; *Atchison, Topeka & Santa Fe Ry. Co. v. Robinson*, 233 U. S. 173; *St. Louis, Iron Mountain & Southern Ry. Co. v. Starbird*, 243 U. S. 592; *American Express Co. v. United States Horse Shoe Co.*, 244 U. S. 58. Mr. Alexander Britton, Mr. J. W. Terry, Mr. Gardiner Lathrop, Mr. A. H. Culwell, Mr. Evans Browne and Mr. F. W. Clements for plaintiff in error. Mr. R. H. Ward for defendant in error, submitted.